IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SHARON ARNEY BOEGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06 2138 KHV-DJW |
| | ) | |
| DECISION TREE RESOURCES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED PROTECTIVE ORDER**

Requests for discovery and Federal disclosures have been or will be interposed requesting documents containing proprietary information regarding pricing and marketing structure and techniques, product selection and costs, customer and supplier lists, and staffing personnel and methods of the parties.

The parties agree that the documents sought are entitled to be kept confidential and it is, therefore, ORDERED, pursuant to the Court's authority that these documents and other documents designated as "Confidential" will be subject to the following provisions of this Protective Order;

(a) Counsel of record will not allow anyone access to documents designated as "Confidential," except pursuant to the terms of this Protective Order;

(b) Documents designated as "Confidential" will be disclosed for inspection by counsel of record, or persons retained by counsel of record for purposes of this action and in reporting information about the case to counsel of record's respective clients.

(c)     No additional copies, extracts, summaries or other materials prepared from documents designated as "Confidential" shall be made except by counsel of record, persons under the direct control of counsel of record, or persons retained by counsel of record for purposes of this action and then only for the use in the review and inspection of these records or to report information from the records to counsel of record's respective clients;

(d)     Neither documents designated as "Confidential" or information obtained from such documents shall be transferred, directly or indirectly, or in writing, to any person other than individuals set forth in paragraph (c) above for purposes of this action, and any such person to whom such documents or such information is provided shall be advised of this Order and shall agree to be bound by the terms of this Order;

(e)     If a party desires to file confidential documents under seal, then the party shall first file a motion with the Court and be granted leave to file the material under seal.  If leave is granted, then the documents designated as "Confidential" will be deposited with the Clerk of this Court and filed in an envelope bearing the following designation when deposited:

**"<u>Confidential</u>**
**In accordance with the Protective Order of this Court, the contents of this envelope shall be treated as confidential and must not be shown or released to any person other than the attorneys in this case, or court personnel"**

(f)     Any party may challenge a party's designation of documents as "Confidential" by first notifying the designating party in writing providing the reasons for challenging such designation. If an agreement by the parties has not been reached within fifteen (15) days, the party challenging the designation may file a motion with this Court to be relieved of its obligations

under this Order as to the challenged documents; and

(g)     At the time of final conclusion of this litigation, whether by settlement between the parties or pretrial, trial disposition by the Circuit or Appellate court(s), counsel of record shall return all copies of the documents designated as "Confidential" to the party that produced such documents, including copies of such documents provided to individuals set forth in paragraph (c) above, if so requested.

IT IS SO ORDERED.

Dated this 3rd day of August 2006.

                                                        s/ David J. Waxse
                                                        David J. Waxse
                                                        U.S. Magistrate Judge

APPROVED AS TO FORM AND CONTENT:
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.

/s/ B. Scott Tschudy
B. Scott Tschudy  KS#12129
6900 College Boulevard, Suite 700
Overland Park, KS  66211
(913) 491-5500 (Telephone)
(913)491-3341 (Facsimile)
Email:  bstschudy@martinpringle-kc.com

and

Brent S. Lee
Texas Bar No. 24036959
THOMPSON & KNIGHT LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas  75201
214-969-1700 (Telephone)
214-969-1751 (Facsimile)
Email:  Brent.Lee@tklaw.com
*Attorneys for Defendant*
*Decision Tree Resources, Inc*


/s/ Douglas J. Patterson
Douglas J. Patterson     KS#17296
PROPERTY LAW FIRM, P.C.
6201 College Blvd., Ste 650
Overland Park, KS  66211
Telephone:  913-663-1300
Facsimile:  913-663-3834
E-mail:  Doug@propertylawfirm.com
*Attorneys for Plaintiff*
*Sharon Arney Boeger*